Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of New Jersey**

Case number (if known): _____  Chapter __11__

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Sicklerville Soul LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Victoria's Kitchen** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 5 3 7 7 8 5 1** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **250 Sicklerville Rd**<br>Number        Street | **2001 E Tulpehocken St**<br>Number        Street |
| **Sicklerville, NJ 08081-1877**<br>City                State    ZIP Code | **Philadelphia, PA 19138-1309**<br>City                State    ZIP Code |
| **Camden**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number        Street |
| | City                State    ZIP Code |

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

Debtor    **Sicklerville Soul LLC**                                    Case number *(if known)*
                Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐   Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐   Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__7__ __2__ __2__ __5__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐   Chapter 7

☐   Chapter 9

☑   Chapter 11. *Check all that apply:*

☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                              MM / DD / YYYY

District _____   When _____   Case number _____
                                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____                    Relationship _____

District _____                    When _____
                                                        MM / DD / YYYY

Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor **Sicklerville Soul LLC**          Case number *(if known)*
       Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>      Number     Street<br><br>_____<br>      City     State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99    ☐ 1,000-5,000 ☐ 5,001-10,000    ☐ 25,001-50,000 ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999  ☐ 10,001-25,000         ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000          ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor    **Sicklerville Soul LLC**                                                          Case number *(if known)*
             Name

**16. Estimated liabilities**

❏ $0-$50,000                    ❏ $1,000,001-$10 million              ❏ $500,000,001-$1 billion

❏ $50,001-$100,000             ❏ $10,000,001-$50 million             ❏ $1,000,000,001-$10 billion

☑ $100,001-$500,000            ❏ $50,000,001-$100 million            ❏ $10,000,000,001-$50 billion

❏ $500,001-$1 million          ❏ $100,000,001-$500 million           ❏ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

▪ I have been authorized to file this petition on behalf of the debtor.

▪ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **08/05/2026**
                MM/  DD/  YYYY

**X** **/s/ Kevin Tyson**                                              **Kevin Tyson**
Signature of authorized representative of debtor                        Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Michael I. Assad**                    Date  **08/05/2026**
Signature of proposed attorney for debtor                        MM/  DD/  YYYY

**Michael I. Assad**
Printed name

**Law Office of Mike Assad, P.C.**
Firm name

**923 Haddonfield Rd Ste 336**
Number        Street

**Cherry Hill**                                    **NJ**        **08002-2752**
City                                               State        ZIP Code

**609-808-3300**                                   **mike@assad.law**
Contact phone                                      Email address

**338972023**                                      **NJ**
Bar number                                         State

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## CAMDEN DIVISION

IN RE:                                                              CHAPTER  **11**
**Sicklerville Soul LLC**

DEBTOR(S)                                                          CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Kevin Tyson** 46 Wakefield Rd, Atco, NJ 08004 | Membership Interests (sole class) | N/A | 60% membership interest |
| **Dominick Brown** 103 Lakeside Ct, Atco, NJ 08004 | Membership Interests (sole class) | N/A | 40% membership interest |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Authorized Representative**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **08/05/2026**                          Signature: **/s/ Kevin Tyson**
                                                            *Kevin Tyson, Authorized Representative*

## United States Bankruptcy Court
### District of New Jersey

In re  **Sicklerville Soul LLC**

Case No. _____

Debtor(s)

Chapter _____**11**_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Sicklerville Soul LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

---

☑ None [*Check if applicable*]

| | |
|---|---|
| _____**08/05/2026**_____ | _____**/s/ Michael I. Assad**_____ |
| Date | **Michael I. Assad** |
| | Signature of Attorney or Litigant |
| | Counsel for _____**Sicklerville Soul LLC**_____ |
| | **Bar Number: 330937** |
| | **Law Office of Mike Assad, P.C.** |
| | **923 Haddonfield Rd Ste 336** |
| | **Cherry Hill, NJ 08002-2752** |
| | **Phone: (609) 808-3300** |
| | **Email: mike@assad.law** |

1

<div style="border:1px solid">

**United States Bankruptcy Court
District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

In re: Sicklerville Soul LLC,

*Debtor.*

</div>

Case No.:

Chapter:        11 (Subchapter V)

Judge:

**Corporate Authority**

The undersigned, being all of the members of Sicklerville Soul LLC, a New Jersey limited liability company (the "Company"), acting by unanimous written consent in lieu of a meeting, hereby consent to and adopt the following resolutions:

1.      **Chapter 11 Filing.**   Having reviewed the Company's financial condition and considered its alternatives with counsel, the members determine that it is in the best interests of the Company and its creditors to file a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey, electing treatment under subchapter V, and such filing is hereby authorized and approved.

2.      **Authorized Representative.**   Kevin Tyson is designated as the representative responsible for performing the duties of the Company as debtor and debtor in possession, and is authorized to execute and file the petition, schedules, statement of financial affairs, and all other documents required in the case, and to appear on the Company's behalf in all proceedings.

1

3.      **Retention of Counsel.**  The Company is authorized to retain the Law Office of Mike Assad P.C. as its bankruptcy counsel, subject to the approval of the Bankruptcy Court, and to pay a prepetition retainer of $10,000. Any engagement agreement already executed and any retainer already paid are ratified and approved.

4.      **Further Acts.** The Authorized Representative is authorized to take all further actions and to execute all further documents necessary or appropriate to carry out these resolutions, and all acts previously taken on the Company's behalf in connection with these matters are ratified and approved.


Date: August 5, 2026                            /s/ Kevin Tyson
                                                Kevin Tyson


Date: August 5, 2026                            /s/ Dominick Brown
                                                Dominick Brown

2

<table>
<tr><td colspan="2">

### United States Bankruptcy Court
### District of New Jersey

</td></tr>
<tr><td>

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Proposed Attorney for Debtor*

</td><td>

Case No.:

</td></tr>
<tr><td>

In re: Sicklerville Soul LLC,

*Debtor.*

</td><td>

Chapter:      11 (Subchapter V)

Judge:

</td></tr>
</table>

**Statement About Documents Required by 11 U.S.C. 1187(a)**

I, Kevin Tyson, hereby state as follows:

1.      I am the Authorized Representative of Sicklerville Soul LLC, the debtor and debtor in possession in the above-captioned case, and I am authorized to make this declaration on its behalf.

2.      No balance sheet, statement of operations, or cash-flow statement has been prepared for or on behalf of the Debtor, and that no federal tax return has been filed by or on behalf of the Debtor.

I state under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: August 5, 2026                      /s/ Kevin Tyson
                                          Kevin Tyson

ADT Security Services
Attn: Bankruptcy
1501 W Yamato Rd
Boca Raton, FL 33431-4438


American Express
Attn: Bankruptcy
PO Box 981537
El Paso, TX 79998-1537


AT&T
Attn: Bankruptcy
2270 Lakeside Blvd
Richardson, TX 75082-4304


Atlantic City Electric Co.
Bankruptcy Division
Mail Stop 84CP42
5 Collins Dr Ste 2133
Carneys Point, NJ 08069-3600

Automatic Data Processing Inc.
Attn: Bankruptcy
One ADP Blvd
Roseland, NJ 07068-1728


Bitty Advance 2 LLC
Attn: Bankruptcy
1855 Griffin Rd Ste A474
Dania Beach, FL 33004-2241


Block Inc.
Attn: Bankruptcy
1955 Broadway
San Francisco, CA 94109-2280


Dominick Brown
103 Lakeside Ct
Atco, NJ 08004-3005

Capital One Financial Corp
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407


Chex Systems Inc.
Attn: Bankruptcy
PO Box 58339
Minneapolis, MN 55458-3399


Citizens Bank N.A.
Attn: Bankruptcy
1 Citizens Plz
Providence, RI 02903-1344


Comcast
Attn: Bankruptcy
1701 John F Kennedy Blvd
Philadelphia, PA 19103-2838


County of Camden
Attn: Bankruptcy
520 Market St
Camden, NJ 08102-1300


DAVO by Avalara
Attn: Bankruptcy
512 S Mangum St Suite 100
Durham, NC 27701-3973


Doordash Inc.
Attn: Bankruptcy
303 2nd St
San Francisco, CA 94107-1366


Grubhub Holdings Inc.
Attn: Bankruptcy
11 W Washington St Suite 2100
Chicago, IL 60602

Internal Revenue Service
Attn: Bankruptcy
PO Box 7346
Philadelphia, PA 19101-7346

JD Royal Properties LLC
109 Holly Dr
Swedesboro, NJ 08085-4037

Next First Insurance Agency Inc.
Attn: Bankruptcy
PO Box 60787
Palo Alto, CA 94306-0787

Parafin Inc.
Attn: Bankruptcy
301 Howard St Ste 1500
San Francisco, CA 94105-6611

South Jersey Gas Co.
Attn: Bankruptcy
1 S Jersey Plz
Hammonton, NJ 08037-9109

Square Inc.
Attn: Bankruptcy
375 W Broadway
New York, NY 10012-4324

State of New Jersey
Division of Taxation
Attn: Bankruptcy
3 John Fitch Way, 5th Floor
Trenton, NJ 08695-0245

State of New Jersey
Division of Law
Attn: Bankruptcy
25 Market Street
PO Box 112
Trenton, NJ 08625-0112

State of New Jersey
Department of Labor
Attn: Bankruptcy
PO Box 058
Trenton, NJ 08625-0058

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

Sysco Food Corporation
Attn: Bankruptcy
1390 Enclave Pkwy
Houston, TX 77077-2025

Sysco Philadelphia LLC
Attn: Bankruptcy
600 Packer Ave
Philadelphia, PA 19148-5304

TLS LLC
2836 Buren Ave
Camden, NJ 08105-4008

Toast Inc.
Attn: Bankruptcy
333 Summer St
Boston, MA 02210-1702

Twp. of Winslow
Attn: Bankruptcy
125 S Rte 73
Braddock, NJ 08037-9423

Kevin Tyson
46 Wakefield Rd
Atco, NJ 08004-2484

U.S. Attorney's Office (NJ)
Attn: Civil Process Clerk
970 Broad St Ste 700
Newark, NJ 07102-2534


U.S. Department of Justice
Attorney General of the United States
950 Pennsylvania Ave NW
Washington, DC 20530-0009


Uber Technologies, Inc.
Attn: Bankruptcy
1725 3rd St
San Francisco, CA 94158-2203


Waste Management Inc.
Attn: Bankruptcy
800 Capitol St Ste 3000 Suite 3000
Houston, TX 77002-2945


WebBank
Attn: Bankruptcy
PO Box 757
Portsmouth, NH 03802-0757


Wells Fargo
Attn: Bankruptcy
333 Market Street
San Francisco, CA 94105


Winslow Twp. Municipal Utilities
Auth.
Attn: Bankruptcy
125 S Rte 73
Braddock, NJ 08037-9423