**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Sicklerville Soul LLC | Case No.: _____ 26-18914 _____<br><br>Hearing Date: _____ 9/24/26 _____<br><br>Chapter: __11 (Small Business Subchapter V)__<br><br>Judge: _____ Altenburg _____ |

### NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE

#### 11 U.S.C. § 1188(a) STATUS HEARING:

You are hereby notified of a hearing before the Honorable_____ Andrew B. Altenburg, Jr. _____,
United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:**       **Status Conference**_____

**Location of Hearing:**      Courtroom No. _____4B_____
                             400 Cooper Street
                             Camden, NJ 08101

**Date and Time:**            September 24, 2026 @ 10 a.m._____, or as soon
                             thereafter as counsel may be heard.

**NOTE:**            **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the debtor not later than 14 days before the date of the initial status conference. Mandatory *Local Form Subchapter V Status Report* can be found at www.njb.uscourts.gov under the "forms" tab.**

#### 11 U.S.C. § 1111(b) ELECTION DEADLINE:

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a § 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended by further order of the Court.

### NOTICE

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: August 6, 2026_____

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _August 6_____, 20_26___ this notice was served on the following:
Debtor, Debtor's Counsel

JEANNE A. NAUGHTON, Clerk

By: /s/ Heather A. Renye_____
        Deputy Clerk

*rev. 1/22/2024*