Form oscmsdoc – oscmissdocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26–18914–ABA
Chapter:  11
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sicklerville Soul LLC
    dba Victoria's Kitchen
    2001 E Tulpehocken St
    Philadelphia, PA 19138–1309

Social Security No.:

Employer's Tax I.D. No.:
    47–5377851

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
### DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on August 5, 2026 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

Summary of Assets and Liabilities for Non–Individuals, Declaration Under Penalty of Perjury for Non Individual Debtors, Statement of Financial Affairs For Non–Individuals, Atty Disclosure Statement, 20 Largest Unsecured Creditors, and Schedules A/B,D,E/F,G, and H.

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Andrew B. Altenburg Jr. on:

Date: September 1, 2026
Time: 10:30 AM
Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 161 466 4309, Click on JOIN using passcode 588015, or call 1–646–828–7666

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, or you have filed a Motion for Extension of Time to File Schedules, you **must** appear at the hearing, which may be conducted in–person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to file all required documents, seek an extension, or appear at the hearing will result in dismissal of the case.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: August 6, 2026
JAN: eag

Andrew B. Altenburg Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-18914-ABA

Sicklerville Soul LLC                                                              Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 1
--- | --- | ---
Date Rcvd: Aug 06, 2026 | Form ID: oscmsdoc | Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

**Recip ID**      **Recipient Name and Address**
db      Sicklerville Soul LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2026 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Michael I. Assad

     on behalf of Debtor Sicklerville Soul LLC mike@assad.law
     mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law

U.S. Trustee

     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 2