**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Sicklerville Soul LLC

Case No.: _____26-18914_____

Hearing Date: _____9/24/26_____

Chapter: _11 (Small Business Subchapter V)_

Judge: _____Altenburg_____

### NOTICE OF STATUS HEARING AND § 1111(b) ELECTION DEADLINE

#### 11 U.S.C. § 1188(a) STATUS HEARING:

You are hereby notified of a hearing before the Honorable_____Andrew B. Altenburg, Jr._____,
United States Bankruptcy Judge. **COURT APPEARANCES ARE REQUIRED.**

**Reason for Hearing:**      **Status Conference**_____

**Location of Hearing:**      Courtroom No. ____4B____
400 Cooper Street
Camden, NJ 08101

**Date and Time:**      September 24, 2026 @ 10 a.m._____, or as soon
thereafter as counsel may be heard.

**NOTE:**      **In accordance with 11 U.S.C. § 1188(c), a status report must be filed by the
debtor not later than 14 days before the date of the initial status conference.
Mandatory *Local Form Subchapter V Status Report* can be found at
www.njb.uscourts.gov under the "forms" tab.**

#### 11 U.S.C. § 1111(b) ELECTION DEADLINE:

In accordance with Federal Rule of Bankruptcy Procedure 3014, the Court hereby directs creditors seeking a
§ 1111(b) election to make such election **no later than 14 days** from the filing of the debtor's plan, unless extended
by further order of the Court.

### NOTICE

**THE DEBTOR MUST SERVE THIS NOTICE ON ALL CREDITORS AND PARTIES IN INTEREST
AND FILE A CERTIFICATE OF SERVICE ON THE CASE DOCKET**

DATE: August 6, 2026_____

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 6_____, 20 26____ this notice was served on the
following:
Debtor, Debtor's Counsel

JEANNE A. NAUGHTON, Clerk

By: /s/ Heather A. Renye_____
Deputy Clerk

*rev. 1/22/2024*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 26-18914-ABA

Sicklerville Soul LLC                                                                          Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                         User: admin                                              Page 1 of 1

Date Rcvd: Aug 06, 2026                              Form ID: pdf900                                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Sicklerville Soul LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael I. Assad | on behalf of Debtor Sicklerville Soul LLC mike@assad.law<br>mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2