UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In Re: | : | Chapter 11 |
|  | : |  |
| Sicklerville Soul LLC, | : | Case No.: 26-18914 (ABA) |
| *dba* Victoria's Kitchen, | : |  |
|  | : | Honorable Andrew B. Altenburg Jr. |
| Debtor. | : |  |
|  | : |  |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Holly S. Miller, Esquire
Gellert Scali Busenkell & Brown, LLC
901 Market Street
Suite 3020, 3rd Floor
Philadelphia, PA 19107
(215) 238-0012
hsmiller@gsbblaw.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By: */s/ Lauren Bielskie*
Lauren Bielskie
Acting Assistant United States Trustee

Dated: August 11, 2026