Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor | Sicklerville Soul LLC<br>Name | EIN: 47–5377851 | |
| United States Bankruptcy Court | District of New Jersey | Date case filed for chapter: 11 | 8/5/26 |
| Case number: | 26–18914–ABA | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

**10/20**

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Sicklerville Soul LLC | |
| 2. | **All other names used in the last 8 years** | dba Victoria's Kitchen | |
| 3. | **Address** | 2001 E Tulpehocken St<br>Philadelphia, PA 19138–1309 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road<br>Suite 336<br>Cherry Hill, NJ 08002 | Contact phone 609–808–3300<br>Email: mike@assad.law |
| 5. | **Bankruptcy trustee**<br>Name and address | Holly Smith Miller<br>Gellert Seitz Busenkell & Brown LLC<br>901 Market Street<br>Suite 3020<br>Philadelphia, PA 19107 | Contact phone 215–238–0012 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street<br>Camden, NJ 08102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: Monday thru Friday 9:00am – 4:00pm CLOSED ON WEEKENDS AND FEDERAL HOLIDAYS<br>Contact phone : 856–361–2300<br>Date: 8/12/26 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so.** | **September 14, 2026 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting, visit join.zoom.us, Enter Meeting ID 165 328 01361, Click on JOIN using passcode 1042544782, or call 1–551–285–1373**<br>For additional meeting information go to https://www.justice.gov/ust/ch11moc |

**8. Proof of claim deadline**

**Deadline for filing proof of claim: 10/14/26** For a governmental unit: **2/1/27**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim.

Your claim will be allowed in the amount scheduled unless:

- your claim is designated as *disputed*, *contingent*, or *unliquidated;*
- you file a proof of claim in a different amount; or
- you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**9. Exception to discharge deadline**
The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline.

If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.

**Deadline for filing the complaint:**

**10. Creditors with a foreign address**

If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

**11. Filing a Chapter 11 bankruptcy case**

Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business.

**12. Discharge of debts**

Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline.

**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.**

United States Bankruptcy Court

District of New Jersey

In re:
Sicklerville Soul LLC
Debtor

Case No. 26-18914-ABA
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3

Date Rcvd: Aug 12, 2026 | Form ID: 309F2 | Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sicklerville Soul LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| tr | + | Holly Smith Miller, Gellert Seitz Busenkell & Brown LLC, 901 Market Street, Suite 3020, Philadelphia, PA 19107-3133 |
| 521319649 | | Automatic Data Processing Inc., Attn: Bankruptcy, One ADP Blvd, Roseland, NJ 07068-1728 |
| 521319651 | | Block Inc., Attn: Bankruptcy, 1955 Broadway, San Francisco, CA 94109-2280 |
| 521319653 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521319656 | | County of Camden, Attn: Bankruptcy, 520 Market St, Camden, NJ 08102-1300 |
| 521319657 | | DAVO by Avalara, Attn: Bankruptcy, 512 S Mangum St Suite 100, Durham, NC 27701-3973 |
| 521319658 | | Dominick Brown, 103 Lakeside Ct, Atco, NJ 08004-3005 |
| 521319660 | | Grubhub Holdings Inc., Attn: Bankruptcy, 11 W Washington St Suite 2100, Chicago, IL 60602 |
| 521319662 | | JD Royal Properties LLC, 109 Holly Dr, Swedesboro, NJ 08085-4037 |
| 521319663 | | Kevin Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 521319667 | | Square Inc., Attn: Bankruptcy, 375 W Broadway, New York, NY 10012-4324 |
| 521319670 | | State of New Jersey, Department of Labor, Attn: Bankruptcy, PO Box 058, Trenton, NJ 08625-0058 |
| 521319673 | | Sysco Philadelphia LLC, Attn: Bankruptcy, 600 Packer Ave, Philadelphia, PA 19148-5304 |
| 521319674 | | TLS LLC, 2836 Buren Ave, Camden, NJ 08105-4008 |
| 521319677 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521319683 | + | Winslow Twp. Municipal Utilities Auth., Attn: Bankruptcy, 125 S Rte 73, Braddock, NJ 08037-9422 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mike@assad.law | Aug 12 2026 21:40:00 | Michael I. Assad, Law Office of Mike Assad, P.C., 923 Haddonfield Road, Suite 336, Cherry Hill, NJ 08002 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 12 2026 21:41:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 12 2026 21:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 12 2026 21:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521319645 | | Email/Text: amscbankruptcy@adt.com | Aug 12 2026 21:42:00 | ADT Security Services, Attn: Bankruptcy, 1501 W Yamato Rd, Boca Raton, FL 33431-4438 |
| 521319647 | | Email/Text: g17768@att.com | Aug 12 2026 21:41:00 | AT&T, Attn: Bankruptcy, 2270 Lakeside Blvd, Richardson, TX 75082-4304 |
| 521322901 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2026 21:43:19 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521322899 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 12 2026 21:43:03 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| 521319646 | Email/PDF: bncnotices@becket-lee.com | Aug 12 2026 21:43:03 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521319648 | Email/Text: bankruptcy@pepcoholdings.com | Aug 12 2026 21:41:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521319650 | Email/Text: jorleidy@bittyadvance.com | Aug 12 2026 21:41:00 | Bitty Advance 2 LLC, Attn: Bankruptcy, 1855 Griffin Rd Ste A474, Dania Beach, FL 33004-2241 |
| 521319654 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 12 2026 21:40:00 | Citizens Bank N.A., Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 521319652 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 12 2026 21:43:09 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521319655 | + Email/Text: documentfiling@lciinc.com | Aug 12 2026 21:40:00 | Comcast, Attn: Bankruptcy, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 521319659 | ^ MEBN | Aug 12 2026 21:35:05 | Doordash Inc., Attn: Bankruptcy, 303 2nd St, San Francisco, CA 94107-1366 |
| 521319664 | Email/Text: legal@nextinsurance.com | Aug 12 2026 21:41:00 | Next First Insurance Agency Inc., Attn: Bankruptcy, PO Box 60787, Palo Alto, CA 94306-0787 |
| 521319665 | ^ MEBN | Aug 12 2026 21:37:52 | Parafin Inc., Attn: Bankruptcy, 301 Howard St Ste 1500, San Francisco, CA 94105-6611 |
| 521319668 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 12 2026 21:41:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521319666 | + Email/Text: bankruptcynotice@sjindustries.com | Aug 12 2026 21:41:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521319669 | ^ MEBN | Aug 12 2026 21:33:52 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521319671 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 12 2026 21:43:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 521319672 | ^ MEBN | Aug 12 2026 21:37:16 | Sysco Food Corporation, Attn: Bankruptcy, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 521319675 | ^ MEBN | Aug 12 2026 21:36:40 | Toast Inc., Attn: Bankruptcy, 333 Summer St, Boston, MA 02210-1702 |
| 521319676 | + Email/Text: SShiver@winslowtownship.com | Aug 12 2026 21:42:00 | Twp. of Winslow, Attn: Bankruptcy, 125 S Rte 73, Braddock, NJ 08037-9422 |
| 521319678 | ^ MEBN | Aug 12 2026 21:35:06 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521319679 | ^ MEBN | Aug 12 2026 21:33:46 | Uber Technologies, Inc., Attn: Bankruptcy, 1725 3rd St, San Francisco, CA 94158-2203 |
| 521319680 | Email/Text: rmcbknotices@wm.com | Aug 12 2026 21:42:00 | Waste Management Inc., Attn: Bankruptcy, 800 Capitol St Ste 3000 Suite 3000, Houston, TX 77002-2945 |
| 521319681 | Email/Text: bankruptcy@webbank.com | Aug 12 2026 21:41:00 | WebBank, Attn: Bankruptcy, PO Box 757, Portsmouth, NH 03802-0757 |
| 521319682 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Aug 12 2026 21:43:20 | Wells Fargo, Attn: Bankruptcy, 333 Market Street, San Francisco, CA 94105-2102 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521319661 | * | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Holly Smith Miller | hsmiller@gsbblaw.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Michael I. Assad | on behalf of Debtor Sicklerville Soul LLC mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4