**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 26-18914-ABA |
| SICKLERVILLE SOUL LLC | § | |
| | § | |
| | § | |
| Debtor | | |

---

**CHAPTER 11 SUBCHAPTER V TRUSTEE'S FINAL REPORT AND ACCOUNT OF NO DISTRIBUTION**

Holly S. Miller, chapter 11 trustee appointed under 11 U.S.C. § 1183(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1183(b)(1). The trustee declares under penalty of perjury as follows:

**Case Disposition:**

No plan payments were made to the trustee. The case was dismissed.

**Key Information:** (as reported in schedules filed by the debtor(s) or otherwise found in the case record)

1) This case has been pending for 1 months.
2) Assets Abandoned (without deducting any secured claims): NA
3) Assets Exempt: $0.00
4) Claims Scheduled: $0.00
5) Claims Asserted: Not Available.
6) Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $0.00

**Trustee Compensation:**

The Court did not award compensation pursuant to 11 U.S.C. § 330(a).

I hereby certify that my administration of the estate of the above-named debtor(s) has been completed. I request that I be discharged from any further duties as trustee.

Date: 9/3/2026

By: /s/Holly S. Miller
Trustee