Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 26−18914−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sicklerville Soul LLC
dba Victoria's Kitchen
2001 E Tulpehocken St
Philadelphia, PA 19138−1309

Social Security No.:

Employer's Tax I.D. No.:
47−5377851

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-18914-ABA
Sicklerville Soul LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Sep 03, 2026 Form ID: 148 Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sicklerville Soul LLC, 2001 E Tulpehocken St, Philadelphia, PA 19138-1309 |
| 521319649 | | Automatic Data Processing Inc., Attn: Bankruptcy, One ADP Blvd, Roseland, NJ 07068-1728 |
| 521319651 | | Block Inc., Attn: Bankruptcy, 1955 Broadway, San Francisco, CA 94109-2280 |
| 521319653 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521319656 | | County of Camden, Attn: Bankruptcy, 520 Market St, Camden, NJ 08102-1300 |
| 521319657 | | DAVO by Avalara, Attn: Bankruptcy, 512 S Mangum St Suite 100, Durham, NC 27701-3973 |
| 521319658 | | Dominick Brown, 103 Lakeside Ct, Atco, NJ 08004-3005 |
| 521319660 | | Grubhub Holdings Inc., Attn: Bankruptcy, 11 W Washington St Suite 2100, Chicago, IL 60602 |
| 521319662 | | JD Royal Properties LLC, 109 Holly Dr, Swedesboro, NJ 08085-4037 |
| 521319663 | | Kevin Tyson, 46 Wakefield Rd, Atco, NJ 08004-2484 |
| 521319667 | | Square Inc., Attn: Bankruptcy, 375 W Broadway, New York, NY 10012-4324 |
| 521319670 | | State of New Jersey, Department of Labor, Attn: Bankruptcy, PO Box 058, Trenton, NJ 08625-0058 |
| 521319673 | | Sysco Philadelphia LLC, Attn: Bankruptcy, 600 Packer Ave, Philadelphia, PA 19148-5304 |
| 521319674 | | TLS LLC, 2836 Buren Ave, Camden, NJ 08105-4008 |
| 521319677 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521319683 | + | Winslow Twp. Municipal Utilities Auth., Attn: Bankruptcy, 125 S Rte 73, Braddock, NJ 08037-9422 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: IRS.COM | Sep 04 2026 01:17:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521319645 | | Email/Text: amscbankruptcy@adt.com | Sep 03 2026 21:48:00 | ADT Security Services, Attn: Bankruptcy, 1501 W Yamato Rd, Boca Raton, FL 33431-4438 |
| 521319647 | | EDI: ATTWIREBK.COM | Sep 04 2026 01:17:00 | AT&T, Attn: Bankruptcy, 2270 Lakeside Blvd, Richardson, TX 75082-4304 |
| 521322901 | + | EDI: AISACG.COM | Sep 04 2026 01:17:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521329045 | + | EDI: AISACG.COM | Sep 04 2026 01:17:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521322899 | + | EDI: AISACG.COM | Sep 04 2026 01:17:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521329046 | + | EDI: AISACG.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 04 2026 01:17:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521319646 | | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 21:55:55 | American Express, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 521319648 | | Email/Text: bankruptcy@pepcoholdings.com | Sep 03 2026 21:47:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521319650 | | Email/Text: jorleidy@bittyadvance.com | Sep 03 2026 21:47:00 | Bitty Advance 2 LLC, Attn: Bankruptcy, 1855 Griffin Rd Ste A474, Dania Beach, FL 33004-2241 |
| 521327365 | + | Email/Text: jorleidy@bittyadvance.com | Sep 03 2026 21:47:00 | Bitty Advance 2, LLC, 1855 Griffin Road Suite A-474, Dania Beach, FL 33004-2241 |
| 521319654 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 03 2026 21:46:00 | Citizens Bank N.A., Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 521319652 | | EDI: CAPITALONE.COM | Sep 04 2026 01:17:00 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521319655 | + | EDI: COMCASTCBLCENT | Sep 04 2026 01:17:00 | Comcast, Attn: Bankruptcy, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 521319659 | ^ | MEBN | Sep 03 2026 21:44:56 | Doordash Inc., Attn: Bankruptcy, 303 2nd St, San Francisco, CA 94107-1366 |
| 521319664 | | Email/Text: legal@nextinsurance.com | Sep 03 2026 21:46:00 | Next First Insurance Agency Inc., Attn: Bankruptcy, PO Box 60787, Palo Alto, CA 94306-0787 |
| 521342195 | | Email/Text: eabankrupt@dol.nj.gov | Sep 03 2026 21:47:00 | NJ Dept. of Labor, Div. Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 521319665 | ^ | MEBN | Sep 03 2026 21:46:28 | Parafin Inc., Attn: Bankruptcy, 301 Howard St Ste 1500, San Francisco, CA 94105-6611 |
| 521319668 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 03 2026 21:46:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521319666 | + | Email/Text: bankruptcynotice@sjindustries.com | Sep 03 2026 21:47:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521319669 | ^ | MEBN | Sep 03 2026 21:43:50 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521319671 | | EDI: SYNC | Sep 04 2026 01:17:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 521319672 | ^ | MEBN | Sep 03 2026 21:46:46 | Sysco Food Corporation, Attn: Bankruptcy, 1390 Enclave Pkwy, Houston, TX 77077-2099 |
| 521319675 | ^ | MEBN | Sep 03 2026 21:45:07 | Toast Inc., Attn: Bankruptcy, 333 Summer St, Boston, MA 02210-1702 |
| 521319676 | + | Email/Text: SShiver@winslowtownship.com | Sep 03 2026 21:48:00 | Twp. of Winslow, Attn: Bankruptcy, 125 S Rte 73, Braddock, NJ 08037-9422 |
| 521319678 | ^ | MEBN | Sep 03 2026 21:44:59 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521319679 | ^ | MEBN | Sep 03 2026 21:46:51 | Uber Technologies, Inc., Attn: Bankruptcy, 1725 3rd St, San Francisco, CA 94158-2203 |
| 521319680 | | Email/Text: rmcbknotices@wm.com | Sep 03 2026 21:48:00 | Waste Management Inc., Attn: Bankruptcy, 800 Capitol St Ste 3000 Suite 3000, Houston, TX 77002-2945 |
| 521319681 | | Email/Text: bankruptcy@webbank.com | Sep 03 2026 21:46:00 | WebBank, Attn: Bankruptcy, PO Box 757, Portsmouth, NH 03802-0757 |

| | | | |
|---|---|---|---|
| 521319682 | + EDI: WFFC | Sep 04 2026 01:17:00 | Wells Fargo, Attn: Bankruptcy, 333 Market Street, San Francisco, CA 94105-2102 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521319661 | * | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Holly Smith Miller | hsmiller@gsbblaw.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| Michael I. Assad | on behalf of Debtor Sicklerville Soul LLC mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4